```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15802
  ROLANDA HUGHES-HARRISON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

       Debtor
  SSN XXX-XX-6910


-----------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/30/07 .

    2.  The case was dismissed without confirmation, 11/30/2007.


-----------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                              PAID           PAID
-----------------------------------------------------------------------------
CLIENT SERVICES            UNSECURED      NOT FILED            .00            .00
CALIRERAD ASSOC            UNSECURED      NOT FILED            .00            .00
HURRICANE PEST CONTROL     UNSECURED      NOT FILED            .00            .00
ILLINOIS DEPT OF EMPL SE   UNSECURED      NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED      NOT FILED            .00            .00
NAPERVILLE RADIOLOGISTS    UNSECURED      NOT FILED            .00            .00
OGILVY GROUP               UNSECURED      NOT FILED            .00            .00
OSI COLLECTION SERVICES    UNSECURED      NOT FILED            .00            .00
PENN CREDIT CORP           UNSECURED      NOT FILED            .00            .00
WELTMAN WEINBERG & REIS    UNSECURED      NOT FILED            .00            .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                   SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00           .00           .00
PRINCIPAL PAID          .00          .00          .00           .00           .00
INTEREST PAID           .00          .00          .00           .00           .00
TOTAL PAID              .00          .00          .00           .00           .00
The Debtor's attorney, ALAN H SLODKI               , was allowed $      .00
and was paid $        .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $     .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 02/11/08                /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
         CASE NO. 07 B 15802 ROLANDA HUGHES-HARRISON
```